UNITED STATES DISTRICT COURT
TRAINING DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | **CRIMINAL NO.:** _____ | |
| *Plaintiff*, § | | |
| § | **INDICTMENT** | |
| **V.** § | | |
| § | **[Violations:**                             **]** | |
| **Party Name ,** § | | |
| § | | |
| *Defendant* § | | |
| § | | |

**THE GRAND JURY CHARGES:**

### COUNT INFORMATION
### [xx USC § xxxx]

That on or about *date*, in the Training District of Texas, the defendant,

DEFENDANT INFORMATION

did willfully and knowingly ... , in violation of Title xx, United States Code, Section xxxx.


A TRUE BILL.


_____
SPECIAL ASSISTANT U.S. ATTORNEY